

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00008-CV

**IN RE** Leticia R. **BENAVIDES**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Beth Watkins, Justice

Delivered and Filed: January 27, 2021

PETITION FOR WRIT OF INJUNCTION AND PROHIBITION DENIED

Relator has filed a petition for writ of injunction and prohibition. Our power to issue such writs is limited to the enforcement of this court's jurisdiction. *See* TEX. GOV'T CODE § 22.221(a). Having reviewed the petition and record, we conclude relator has not shown the issuance of a writ of injunction or prohibition is necessary to enforce our jurisdiction. We therefore deny the petition. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-PB7-000138-L-1, styled *In re Estate of Carlos Y. Benavides, Jr., Deceased*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.